# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL JESUS ARZAGA, | ) | NO. CV 10-5346 RGK (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MIKE MARIEL, Warden, | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 30, 2010.

*/s/ Gary Klausner*
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE